# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

**In re:** Edgar's Restaurant, Inc.           )       **Case No.:** 26-50782

                                                 )       **Chapter:** 7

                                                 )

                                                 )

                                                 )

**Debtor(s)**

## CORPORATE OWNERSHIP STATEMENT UNDER BR 1007(a)(1)
### DEBTOR FILING VOLUNTARY BANKRUPTCY CASE

Pursuant to Bankruptcy Rule 1007(a)(1), <u>Edgar's Restaurant, Inc.</u>

_____, a corporate debtor in

this case (the "Debtor"), makes the following disclosure(s):

> All corporations, other than governmental units, that directly or indirectly own ten percent (10%) or more of any class of the Debtor's equity interests, are listed below (additional disclosures are listed on attached additional pages, if necessary):

Or ☑ There are no entities that directly or indirectly own ten percent (10%) or more of any class of the Debtor's equity interest.

04/21/2026
_____

Date

By: _____

Printed Name: Glenn Gillespie

Its: 100% Owner