# CORPORATE RESOLUTION

## AUTHORIZING FILING OF BANKRUPTCY PETITION

### EDGAR'S RESTAURANT, INC.
530 NOME AVENUE
AKRON, OH 44320

I, Glenn Gillespie, do hereby certify that this Resolution of the Board of Directors of Edgar's Restaurant ("the Company"), a corporation duly organized and existing under the laws of Ohio, authorizing the Company to file a voluntary bankruptcy petition was adopted on 04/01/2026.

**WHEREAS,** it is in the best interests of the Company, its creditors, and other interested parties for the Company to file a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code").

**BE IT HEREBY RESOLVED** that the filing of a voluntary bankruptcy petition on the Company's behalf is authorized;

**FURTHER RESOLVED** that Glenn Gillespie is authorized to execute all documents necessary for the Company to file a voluntary petition under Chapter 7 of the Bankruptcy Code, including the voluntary petition and any schedules, lists, affidavits, certifications, or other required papers;

**FURTHER RESOLVED** that Glenn Gillespie is authorized to employ Graziani Law, LLC to file a voluntary bankruptcy petition on the Company's behalf and to represent the Company during the bankruptcy case;

**FURTHER RESOLVED** that Glenn Gillespie is authorized to retain such other professionals as he or she deems necessary and appropriate to represent, assist, or consult with the Company during the bankruptcy case;

**FURTHER RESOLVED** that Glenn Gillespie is authorized to take any other actions necessary to accomplish the purpose of these resolutions; and

**FURTHER RESOLVED** that all acts lawfully done by Glenn Gillespie to effectuate the intent of these resolutions are hereby ratified and approved.

April 1, 2026

Glenn Gillespie, 100% Owner