United States Bankruptcy Court

Northern District of Ohio

In re:

Edgar's Restaurant

     Debtor

Case No. 26-50782-amk

Chapter 7

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edgar's Restaurant, 530 Nome Street, Akron, OH 44320-1234 |
| 28536165 | + | Cintas, 8221 Dow Circle Drive, Strongsville, OH 44136-1761 |
| 28536166 | + | Cloud 9 Payments, 10 North Main Street, #5, Chagrin Falls, OH 44022-3042 |
| 28536167 | + | ECDI, 526 South Main Street, #801C, Akron, OH 44311-4405 |
| 28536172 | + | Sanson Company, 3716 Croton Avenue, Cleveland, OH 44115-3417 |
| 28536174 | + | SmallBites, 16781 Chagrin Boulevard, Shaker Heights, OH 44120-3721 |
| 28536175 | + | Vorys, Sater, Seymour and Pease, LLP, 301 East 4th Street, Cincinnati, OH 45202-4245 |
| 28536176 | + | WRCF, 1 Cascade Plaza, Suite 1700, Akron, OH 44308-1119 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mark_graziani@yahoo.com | May 08 2026 21:21:00 | Mark Franklin Graziani, Graziani Law, LLC, PO Box 1158, Norton, OH 44203 |
| tr | | EDI: FAWSUHAR.COM | May 09 2026 01:09:00 | Andrew W. Suhar, Youngstown, 29 East Front Street, 2nd Floor, PO Box 1497, Youngstown, OH 44501-1497 |
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | May 08 2026 21:21:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |
| 28536168 | ^ | MEBN | May 08 2026 21:19:40 | NuCO2, 2800 SE Market Place, Stewart, FL 34997-4965 |
| 28536169 | | Email/Text: Bankruptcy.Notices@pnc.com | May 08 2026 21:21:00 | PNC Bank, NA, P.O. Box 71335, Philadelphia, PA 19176 |
| 28536171 | | Email/Text: legal@rewardsnetwork.com | May 08 2026 21:21:00 | Rewards Network, 540 West Madison Street, Suite 2400, Chicago, IL 60661 |
| 28536170 | + | Email/Text: laura.trani@readycapital.com | May 08 2026 21:22:00 | Ready Capital, 200 Connell Drive, Suite 4000, Berkley Heights, NJ 07922-2829 |
| 28536173 | + | Email/Text: bankruptcynotices@sba.gov | May 08 2026 21:21:00 | SBA, 409 3rd Street SW, Washington, DC 20416-0005 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew W. Suhar | asuhar@suharlaw.com oh36@ecfcbis.com;mstewart@suharlaw.com;AWS@trustesolutions.net;trustee@suharlaw.com |
| Mark Franklin Graziani | on behalf of Debtor Edgar's Restaurant mark_graziani@yahoo.com |

TOTAL: 2

| | |
|---|---|
| Debtor | **Edgar's Restaurant** | EIN: 73–1731692 |
| | Name | |

| | | |
|---|---|---|
| United States Bankruptcy Court   Northern District of Ohio | Date case filed for chapter: | 7 | 5/6/26 |
| Case number:   **26–50782–amk** | | |

Official Form 309C (For Corporations or Partnerships)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                    10/20

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | Edgar's Restaurant | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 530 Nome Street<br>Akron, OH 44320 | |
| 4. **Debtor's attorney**<br>Name and address | Mark Franklin Graziani<br>Graziani Law, LLC<br>PO Box 1158<br>Norton, OH 44203 | Contact phone 330–571–3350<br><br>Email:  mark_graziani@yahoo.com |
| 5. **Bankruptcy trustee**<br>Name and address | Andrew W. Suhar<br>Youngstown<br>29 East Front Street, 2nd Floor<br>PO Box 1497<br>Youngstown, OH 44501–1497 | Contact phone (330) 744–9007<br><br>Email:  asuhar@suharlaw.com |
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 455 John F. Seiberling Federal Building<br>US Courthouse<br>2 South Main Street<br>Akron, OH 44308 | Hours open:<br>9:00 AM – 4:00 PM<br><br>Contact phone 330–252–6100<br><br>Date: 5/8/26 |
| 7. **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **June 9, 2026 at 02:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification required ***<br>*** Proof of Social Security Number required *** | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Click on JOIN or call: 1–234–261–7892., Enter Meeting ID: 211 593 9795, and Passcode: 5132447515**<br><br>For additional meeting information, go to https://www.justice.gov/ust/moc. |
| 8. **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |